

Via Email and ECF Filing  
Hon. Jessica G. L. Clarke                                              December 29, 2023  
U.S. District Court – SDNY  
Daniel Patrick Moynihan  
500 Pearl St.  
New York, NY 10007-1312  

       Re: Ortega et al v. Trident Restoration, Inc. et al  
       Case # *1:23-cv-01927*  

Dear Hon. Jessica G. L. Clarke:

    I represent the Defendants in the above entitled action and request an adjournment of the scheduled Status Conference scheduled for Wednesday, January 3, 2023 at 11:00 a.m.  The reason for this adjournment request is that I have a previously scheduled pre-surgery date on January 3, 2024 at 10:40 a.m.  Plaintiff's counsel consented to this adjournment and we have the following future dates available:   Jan 3, 2024 at 4:00 p.m. and January 4 from 3-5:00 p.m.  I also have January 12th available but have not heard back from counsel.  The third and last date has not been confirmed by counsel.

    This is the first adjournment request related to this initial conference.  I thank your honor for the time taken to review this request.

Application GRANTED. The status conference is hereby rescheduled to **January 3, 2024** at **4:00 p.m.**

                                                     Respectfully submitted,

SO ORDERED.

*Jessica Clarke*                                                   /S/ Mitchell Segal  
                                                                     _____  
JESSICA G. L. CLARKE                                    Mitchell Segal  
United States District Judge  

Dated: December 29, 2023  
       New York, New York