UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGEL ORTEGA, on behalf of themselves and other similarly situated individuals,<br><br>       Plaintiffs,<br><br>-against-<br><br>TRIDENT RESTORATION, INC., et al.,<br><br>       Defendants. | 23-CV-1927 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  For the reasons stated on the record, Defendants are ORDERED to produce written responses and objections to Plaintiffs' discovery requests by **January 5, 2024**. Defendants are further ORDERED to produce wage and hour documents for the putative class members and unredacted versions of the documents already produced by **January 24, 2024**. It is further ORDERED that all parties appear for a conference with the Court on **February 14, 2024** at **3:00 p.m.** The conference will be held remotely via Microsoft Teams. The parties shall file a status letter regarding discovery by **February 7, 2024**. At that conference, the Court will order new deadlines for fact and expert discovery and briefing on Plaintiffs' class certification motion.

  Counsel for Defendants is reminded of the obligation to meet and confer with opposition counsel regarding discovery disputes.

  Pursuant to Federal Rules of Civil Procedure 37(c)(1)(A) and 37(b)(2)(C), and as stated on the record, the Court granted counsel for Plaintiffs' request for attorneys' fees in bringing the motion at ECF No. 66. Within fourteen days of this Order, Counsel shall submit contemporaneous billing records documenting the date, counsel's hourly rate, the hours expended and the work done with respect to that motion. The submission shall include support for the hourly rate proposed.

The Clerk of Court is directed to terminate ECF No. 66.

Dated: January 4, 2024
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

2