UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGEL ORTEGA, on behalf of themselves and other similarly situated individuals, et al.,

        Plaintiffs,

-against-

TRIDENT RESTORATION, INC., et al.,

        Defendants.

23-CV-1927 (JGLC)

***CHEEKS* CONFERENCE ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

    Counsel for all parties shall appear for a conference with the Court on **January 9, 2025 at 11:00 AM** to discuss the terms of their proposed settlement agreement. *See* ECF No. 104-1; *see also Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 709661028#. The parties should be prepared to discuss all terms of the parties' agreement and the extent to which they are consistent with *Cheeks*. The Court intends to rule on the parties' motion at the conference.

Dated: December 11, 2024
       New York, New York

                                    SO ORDERED.

                                    *Jessica Clarke*
                                    JESSICA G. L. CLARKE
                                    United States District Judge