UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL ORTEGA and JORGE NAVARRO, on behalf of themselves and other similarly situated individuals,

    Plaintiffs,

v.

TRIDENT RESTORATION, INC., TRI CONTRACTING, INC., UKROP, INC., FINE RESTORATION, INC., REVIVE RESTORATION, INC., SWIFT ASSIST, INC., PG1 CONSTRUCTION, INC., CROWN RESTORATION, INC., RSO MANAGEMENT, INC., 558 MAIN STREET, LLC, 115 ABEEL STREET, LLC, 2165 23RD STREET LLC, TRI BUILDERS, INC., TRITON RENOVATION CORP., TRIDENT RENOVATION & ASSOCIATES, INC., TRIDENT MGMT RE LLC, 64-66 CATHERINE STREET CORP., BROOKLYN BUILDING SUPPLY, INC., TRI CONTRACTING, INC., CVP CONSTRUCTION CORP., JMS MICH LLC, STEFAN BOHDANOWYCZ, PETER GOIAN, and VLADIMER DOBRONRAVOV,

    Defendants.

No.: 23-cv-1927

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party. This Court shall retain jurisdiction to enforce the parties' Settlement Agreement.

Dated: New York, New York
January 16, 2025

| For Plaintiffs: | For Defendants: |
|---|---|
| JOSEPH & KIRSCHENBAUM LLP | LAW OFFICES OF MITCHELL S. SEGAL, P.C. |
| By: /s/ Lucas C. Buzzard<br>Lucas C. Buzzard<br>Attorneys for Plaintiffs<br>32 Broadway, Suite 601<br>New York, New York 10004 | By: /s/ Mitchell Segal<br>Mitchell Segal<br>Attorneys for Defendants<br>137 Fifth Avenue, 9th Floor<br>New York, NY 10010 |

So Ordered:

*Jessica Clarke*
Hon. Jessica G.L. Clarke (U.S.D.J.)

The Clerk of Court is respectfully directed to CLOSE this case.

Dated: January 21, 2025
      New York, New York